UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-20462-FAM

GLADYS BAKER-DEMETER,

    Plaintiff,
v.

NORWEGIAN CRUISE LINE LTD. a
Bermuda Company d/b/a NORWEGIAN
CRUISE LINE,

    Defendant
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S COMPLAINT**

Plaintiff, GLADYS BAKER-DEMETER, through undersigned counsel, respectfully moves the Court for leave to file her Response to Defendant's Motion to Dismiss Count I of Plaintiff's Complaint, a copy of which is attached hereto as Exhibit "A", and in support of her request, states as follows:

1. This is a personal injury action where Plaintiff was injured while cruising aboard the NCL *Sun* during adverse weather conditions. Plaintiff was walking down a hallway by the casino on the *Sun,* when the movement of the ship caused her to lose her balance and violently collide into a wall resulting in several injuries, including a third-degree AC joint separation and a fractured clavicle, which required surgical reconstruction.

2. In connection with the incident, Plaintiff filed the original complaint on January 21, 2019, alleging three counts of negligence against Defendant.

3. Defendant filed its Motion to Dismiss Count I of Plaintiff's Complaint on February 27, 2019 [DE 5].

4. In response, Plaintiff filed her First Amended Complaint on March 13, 2019 [DE 6].

5. Subsequently, Defendant re-filed its Motion to Dismiss Count I of Plaintiff's Complaint [DE 8]. Plaintiff's Response to Defendant's Motion to Dismiss was due by April 10, 2019.

6. Due to a calendaring error, Plaintiff did not file its response by the deadline set by the Court.

7. Plaintiff therefore respectfully seeks leave to file Plaintiff's Response to Defendant's Motion to Dismiss Count I of Plaintiff's Complaint.

Accordingly, in the interest of justice, this Court should grant Plaintiff's motion for leave to file the proposed First Amended Complaint. The grant of this motion is particularly appropriate here, given the clear absence of any substantial reason to deny leave to amend.

Respectfully submitted,

*/s/ Raul G. Delgado II*
**Spencer M. Aronfeld, Esq.**
Florida Bar No.: 905161
aronfeld@Aronfeld.com
**Raul G. Delgado II, Esq.**
Florida Bar No.: 94004
rdelgado@aronfeld.com
**Abby Hernández Ivey, Esq.**
Florida Bar No.: 115973
aivey@aronfeld.com
ARONFELD TRIAL LAWYERS
3132 Ponce de Leon Boulevard
Coral Gables, Florida 33134
P:   (305) 441.0440
F:   (305) 441.0198
***Attorneys for Plaintiff***

[SPACE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Plaintiff certifies that counsel for Plaintiff has conferred with counsel for Defendant regarding this motion and represents that Defendant does not oppose the relief sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Raul G. Delgado II