UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20462-CIV-MORENO

GLADYS BAKER-DEMETER,

    Plaintiff,

vs.

NORWEGIAN CRUISE LINE LTD,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File Response to Defendant's Motion to Dismiss Count 1 of Plaintiff's Complaint. **(D.E. 9)**, filed on **April 15, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as Moot in light of the Court denying underlying Motion to Dismiss **(D.E. 8)**.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of May 2019.

                                            _____
                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record